IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CASE NO. 7:18-cr-58-HL |
| | ) |
| **MILTON WRENN** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

The government has moved to continue this case until the next trial term.  Doc. 53.  The defendant was indicted on November 13, 2018 and had his arraignment in this Court on February 28, 2019.  Four prior continuances have been granted.   An Order denying defendant's Motion to Suppress was entered December 27, 2021. The government now moves the Court to continue this case to the next trial term to provide additional time for the parties to prepare for trial, explore the need for filing any potential pretrial motions and for the defendant to consider any plea agreement offered by the government.  The defendant does not oppose the motion.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion to continue is **GRANTED**.  The case is continued from the January term until the Court's trial term presently scheduled for **April 11, 2022**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 12th day of January, 2022.

                                                   s/Hugh Lawson
                                                   HUGH LAWSON, JUDGE
                                                   UNITED STATES DISTRICT COURT