IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIM. NO. 7:18-CR-58-HL-TQL |
| v. | : |
| MILTON WRENN, | : |
| Defendant. | : |

# VERDICT

As to **Count One** of the Indictment, "Possession of Child Pornography" in violation of Title 18, United States Code, Section 2252(a)(4)(B), the Court finds find the Defendant, **MILTON WRENN**,

____✓____ GUILTY  _____ NOT GUILTY

This __8__ day of June 2022.

_____
HUGH LAWSON, SENIOR JUDGE